IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


DEVON FRYE,                          :
                                     :
            Plaintiff                :
                                     :
      v.                             :   CIVIL NO. 3:CV-15-1503
                                     :
STEVEN R. GLUNT, ET AL.,             :   (Judge Conaboy)   **FILED**
                                     :                     **SCRANTON**
            Defendants               :

                                         AUG 2 7 2015

---

## **MEMORANDUM**
## **Background**

PER _____ _CR_
DEPUTY CLERK

Devon Frye, an inmate presently confined at the Rockview
State Correctional Institution, Bellefonte, Pennsylvania (SCI-
Rockview), recently initiated this pro se civil rights action
pursuant to 42 U.S.C. § 1983. Service of the Complaint has not
been ordered.

On August 27, 2015, Plaintiff filed a notice to withdraw his
complaint without prejudice. See Doc. 6. Frye's submission states
that "I would like for the pending pro se lawsuit to be withdraw
[sic] without prejudice." Id. at p. 1.

Frye's request will be construed as a notice of voluntary
dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).[1]

---

1.   Federal Rule of Civil Procedure 41(a)(1)(A)((i) provides that
a plaintiff may dismiss an action without a court order by filing a
notice of dismissal before the opposing party serves either an
answer or a motion for summary judgment. Dismissal under this
provision is without prejudice.

Since service of the Complaint has not yet been ordered, Plaintiff is entitled to voluntary dismissal under Rule 41(a)(1).

The Court will accept Plaintiff's notice of voluntary dismissal and his complaint will be dismissed without prejudice to Plaintiff's renewal of his claims. However, Plaintiff is forewarned that renewal of his claims is subject to the applicable statute of limitations. See Wilson v. Garcia, 471 U.S. 261, 276 (1985). An appropriate Order will enter.

RICHARD P. CONABOY
United States District Judge

DATED: AUGUST 11th, 2015